UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:23-cr-451-VMC-JSS
18 U.S.C. § 875(c)

ROBERT JACOB TROUT III
a/k/a "Roberto Trout"

DEC 12 2023 PM4:30
FILED - USDC - FLMD - TPA

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 20, 2023, in the Middle District of Florida, and elsewhere, the defendant,

ROBERT TROUT,
a/k/a "Roberto Trout"

did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is, a social media post displaying firearms and threatening to shoot and kill people on the subway in New York City, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Brooke M. Padgett
Assistant United States Attorney

By: *[signature]*
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
December 23

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

ROBERT JACOB TROUT III

INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill,

███████████████
Foreperson

Filed in open court this 12 day

of December, 2023.

*Ashley Sanders*
Clerk

Bail $_____

GPO 863 525