UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:23-cr-451-VMC-JSS

ROBERT JACOB TROUT II
     a/k/a "Roberto Trout"

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
AND FACTUAL BASIS**

The United States of America, by Roger B. Handberg, United States Attorney

for the Middle District of Florida, hereby files this Notice of Maximum Penalties,

Elements of Offense, Personalization of Elements and Factual Basis, stating as

follows:

ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 875(c), Knowingly

Transmitting in Interstate Commerce a True Threat, are as follows:

| First: | The Defendant knowingly sent a message in interstate or foreign commerce containing a true threat to injure the person of another; and |
|---|---|
| Second: | The Defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat. |

PENALTY

The penalty for the offense charged in Count 1 of the Indictment is a maximum of 5 years' imprisonment, a fine of not more than $250,000, a term of supervised release of not more than three years, and a $100 special assessment.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) as outlined in the Indictment.  Among the items that will be forfeited are the following: iPhone 14 pro, serial number G9F7XPW6R5.

FACTUAL BASIS

On or about November 22, 2023, at 1:30 p.m., FBI Miami Division received credible and verifiable information that an imminent threat to life was posted by Robert Trout on Instagram on November 20, 2022. Instagram is a social media platform headquartered in Menlo Park, California. The user who posted the threat under account name @live4_r3rok_die4_r3rok posted an approximately 37 second video of several firearms with extended clips with a voice narration of:

> "I'm finna [sic] go to New York and I'm just going to cause havoc on the subway. (Audible laughter). I'm gonna shoot anybody I see on on [sic] that fuckin' train – I'm just gonna walk on that train and start fucking unloading. Two 30s - that's sixty shots; that's sixty people dead. I'm going to walk to Grand Central or some shit and just hit up everybody on the fuckin' train. If you're from New York City, do not take the train on Thursday evening, bro. These are 40s and they are fucking big and dangerous and you will die."

2

While narrating the video, user @live4_r3rok_die4_r3rok displayed two firearms with extended clips when discussing "two 30s" and provides a close up on the ammunition when saying "these are 40s."

On November 22, 2023, D.G. then submitted a telephone tip to the FBI Miami Threat Mitigation Squad. On that same date, SA Michael Scotina interviewed D.G. and his son G.G. telephonically. G.G. saw the post described above that was made by Trout and was alarmed due to the content and told his father D.G. G.G. identified the user as "Roberto." D.G. and G.G. met Trout at a gym in Clearwater, Florida and identified Trout via a photograph provided by SA Scotina.

On that same date, SA Scotina then interviewed gym owner M.M. telephonically. M.M. stated he was the owner of MJM Martial Arts in Clearwater, Florida. He further stated that Trout is a member of the gym and known as "Bobby." M.M. stated that Trout was from New York and provided Trout's phone number, address, and mother's name (N.T.).

The case was then transferred to Special Agent Daniel Nowak. Further investigation, including IP address information and open-source database checks, shows that Instagram user @live4_r3rok_die4_r3rok is very likely registered to Robert Trout.

Open-source database and online searches show several recent postings involving Instagram account @live4_r3rok_die4_r3rok, with pictures of Trout

3

promoted as a mixed martial arts fighter. The pictures and promotions on the Instagram account include multiple hashtags and references to gyms, locations, and events that Trout is known to be associated with.

On that same date, Pinellas Park Police Department assisted the FBI in investigating the threats made by Trout. Sergeant Jesse Haisch was assigned to assist in identifying the firearms displayed by Trout in the video. After a review of the video, Sgt. Haisch determined two of the firearms in the video to be .40 caliber Glock semi-automatic pistols, with the "40" caliber engravings observed on one of the slides. Both glocks were shown from different angles with one loaded with a factory style magazine alongside an extended magazine with 30 rounds. In the exposed 30 round magazine, Sgt. Haisch observed a silver round of ammunition. Later in the clip, both Glock pistols are loaded with extended magazines. Sgt. Haisch concluded that the firearms were identified as Glock 40 calibers with Polymer 80 lower receivers due to the following reasons:

- Visible engraving of "40" on the front of the slide
- Visible magazine release (which changes from generation 3 to generation 4)
- Visible slide stop lever
- Visible textured grip of the mid-section of the rear of the grips

- Several other distinct features including the Glock trigger/safety, serrations cut into the slide for a combat style grip to charge the pistol, built in attachment rail to the underside of the front of the rail.

Sgt. Haisch along with other law enforcement officers responded to Trout's family residence. Sgt. Haisch spoke with Trout's mother, N.T. who stated that Trout was not home but was home earlier. N.T. was adamant there were no firearms in the house. N.T. stated that Trout was using a white Nissan registered to her and provided a phone number for Trout. N.T. was unable to identify where the video was taken, but confirmed that Trout was home prior to the video being posted. N.T. further stated that they were from New York and looking to move back. Sgt. Haisch provided N.T. with his phone number and asked her to have Trout call him.

Trout later called Sgt. Haisch where he generally explained the investigation and asked to speak in person. Trout arrived at his house and was then detained. At the time of his detention, Trout was in possession of a purple iPhone, which rang when law enforcement called the number previously known to them to be Trout's.

N.T. gave permission to search the white Nissan as well as Trout's bedroom. Polymer 80 lower receiver manufacturing kits and an empty box of 40 caliber ammunition were located inside the car. There was also a handwritten address to New York City in the car. N.T. provided further permission to search Trout's bedroom. Several Glock pieces and a fired round of ammunition were located in Trout's bedroom.

Trout was read *Miranda* and initially agreed to speak. Trout later requested an attorney, so the interview was terminated. Trout then continued asking questions and ultimately was told he would have to verbally rescind his request for an attorney in order to continue the interview. Trout then rescinded his request for an attorney and agreed to speak with Sgt. Haisch and SA Nowak.

During the interview, Trout stated that the phone found on him belonged to his mother. Trout could not recall when he moved to Florida, where he went to high school, or how long he has been doing MMA. Trout stated he messed up and was having a hard time due to mental health issues but would not be specific. Trout stated he did not take medication and was never diagnosed with mental health issues. Trout stated he did not have an Instagram account and later clarified he did not currently have one (it was removed). Trout stated he would not have made threats. Trout stated the pistols were his father sand they were "Glock style" and "cowboy" style. Trout then stated the firearms were actually airsoft guns and he melted them. Trout then stated law enforcement wouldn't find the guns because he threw them in the "river" off of Gandy. Trout then asked questions about license plate readers and how they could verify he was near the Gandy bridge and then stated that the firearms were at his house and they belonged to his father.

SA Nowak played the video without showing Trout the screen and Trout listed all the types of firearms in the video. Trout was asked why he had the Polymer 80 lowers and he stated he was not a felon and they were not his. Trout also stated the drill/router tool found in his bedroom was not his. Trout waivered back and

6

forth between he was not a felon (essentially he could legally possess the firearms) and denying possession of the firearms. Trout did not consent to a search of his cell phone. This interview was recorded via Sgt. Haisch's body worn camera.

After the interview with Trout and the information that the firearms could belong to his father, SA Nowak and other PPPD officers responded back to Trout's residence to speak with N.T. N.T. consented to a search of her husband's bedroom. N.T. explained that her husband suffers from several medial issues that resulted in a loss of mental faculties. No firearms were located during the search of the bedroom.

On November 27, 2023, PPPD Officer Jonathan Hernandez spoke with B.R., a trainer at the gym Trout attended. Ofc. Hernandez showed B.R. the video without telling B.R. any names involved in the investigation. B.R. identified the voice in the video as Robert Trout, one of the students at the gym. B.R. stated that he was training Trout for the last three months.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ Brooke M. Padgett
      Brooke M. Padgett
      Assistant United States Attorney
      Florida Bar No: 88762
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:   (813) 274-6000
      Facsimile:    (813) 274-6358
      E-mail: brooke.padgett@usdoj.gov

**U.S. v. ROBERT TROUT III**                    **Case No.** 8:23-cr-451-VMC-JSS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Samuel Landes

/s/ Brooke M. Padgett
Brooke M. Padgett
Assistant United States Attorney
Florida Bar No: 88762
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: brooke.padgett@usdoj.gov

8